# COMPLAINT
### (for non-prisoner filers without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED

2016 APR 13 P 4: 12

JON W. SANFILIPPO
CLERK

(Full name of plaintiff(s))

**Raymond Pugh Jr.**

v.

(Full name of defendant(s))

**United Parcel Service, Inc**

**Eric Wantuch**

**Andy Deleon, Steve Brazell**

Case Number: 16-C-0456

(to be supplied by Clerk of Court)

## A. PARTIES

1. Plaintiff is a citizen of **Wisconsin** and resides at
   (State)

   **7946 n 107th st Apt 7 Milwaukee,WI 53224**
   (Address)

   (If more than one plaintiff is filing, use another piece of paper.)

2. Defendant _Eric Wantuch_
   (Name)

Complaint – 1

Case 2:16-cv-00456-DEJ    Filed 04/13/16    Page 1 of 5    Document 1

is (if a person or private corporation) a citizen of _____ Wisconsin _____

(State, if known)

and (if a person) resides at _____

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _____ UPS 6800 S 6th St Oak Creek, WI _____

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

The plaintiff, Raymond Pugh Jr. was employed by UPS from July 2010 until July 2015.

On 7-10-15 he was the victim of Disparate treatment by his employer UPS. On 7-10

-15 Eric Wantuch,supervisor at UPS subjected the plaintiff to a fitness of duty test for

use of alcohol and or drugs. The plaintiff is African American and non African American

employees at UPS who were suspected of being under the influence of alcohol and or

drugs were not subjected to fitness of duty testing. The plaintiff was treated differently

because he his African American. On 7-13-15 Andy Deleon, HR Manager at UPS in

conjunction with Steve Brazell, Division Manager subjected the plaintiff to disparate tre-

ament when they terminated his employment with UPS because he his an African

American. As a result of the disparate treatment the plaintiff has suffered loss of an

Complaint – 2

offered promotion, loss of back wages, loss of future wages and humiliation.

Complaint – 3

C. **JURISDICTION**

[■] I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

[ ] I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D. **RELIEF WANTED**

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

The plaintiff wants the Court to order UPS to reinstate his employment as well as

monetary damages for loss back wages, future wages, loss of promotion wages and for

the pain and suffering caused by humiliation and embarrassment.

Complaint – 4

## E. JURY DEMAND

I want a jury to hear my case.

■ – YES        ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this ___12___ day of ___April___ 20_16_.

Respectfully Submitted,

_____
Signature of Plaintiff

262-676-9885
_____
Plaintiff's Telephone Number

raypugh07@yahoo.com
_____
Plaintiff's Email Address

7946 n 107th st apt 7 Milwaukee, WI 53224
_____

_____
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

■  I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☐  I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint – 5