# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**RAYMOND PUGH, Jr.,**

    Plaintiff,

    -vs-                                                                  **Case No. 16-C-456**

**UNITED PARCEL SERVICE, Inc.,
ERIC WANTUCH, ANDY DELEON, and
STEVE BRAZELL,**

    Defendants.

## DECISION AND ORDER

Raymond Pugh requests leave to proceed in forma pauperis in connection with this suit, which alleges that he was denied a promotion because of his race. Pugh's complaint states actionable claims for relief under Title VII and 42 U.S.C. § 1981. *See* 28 U.S.C. § 1915(e)(2). Moreover, Pugh's financial affidavit reveals that he is unable to pay the filing fee to commence this lawsuit. § 1915(a)(1).

Accordingly, **IT IS HEREBY ORDERED THAT** Pugh's motion [ECF No. 2] is **GRANTED**. The United States Marshals Service shall serve a copy of the complaint, the summons, and this order upon the defendants. The plaintiff is advised that Congress requires the Marshals Service to charge for making or attempting to make such service. 28 U.S.C. § 1921(b).

Current fees are listed at 28 C.F.R. § 0.114(a).

Dated at Milwaukee, Wisconsin, this 27th day of April, 2016.

**SO ORDERED:**

*s/ Lynn Adelman*
for **HON. RUDOLPH T. RANDA**
**U.S. District Judge**